UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

AONRAI C. JERRY,

    Plaintiff,

v.

HEIDI WASHINGTON et al.,

    Defendants.
_____/

Case No. 1:25-cv-134

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: March 26, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge